

**William C. RAFERT, Debtor, Appellant, v. FEDERAL FARM MORTGAGE CORPORATION.**

No. 13229.

Circuit Court of Appeals, Eighth Circuit.

Dec. 20, 1945.

William C. Rafert, pro se.

William W. Graham, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from order of District Court requiring or purporting to require debtor to pay rent for the year 1944, etc., dated June 25, 1945, and filed June 26, 1945, dismissed, on motion of appellee.

**L. Metcalfe WALLING, Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. John C. GEHAN and Milton S. Harstad, Co-partners Doing Business as Gehan Livestock Commission Company.**

No. 13210.

Circuit Court of Appeals, Eighth Circuit.

Dec. 29, 1945.

William S. Tyson, Acting Sol., Wage and Hour Division, U. S. Dept. of Labor, and Bessie Margolin, Asst. Sol., Wage and Hour Division, U. S. Dept. of Labor, both of Washington, D. C., and Reid Williams, Regional Atty., Wage and Hour Division, U. S. Dept. of Labor, and John A. Weiss, Atty., Wage and Hour Division, U. S. Dept. of Labor, both of Kansas City, Mo., for appellant.

Louis S. Goldberg, of Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, 61 F.Supp. 971, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and approval of appellee.

**L. Metcalfe WALLING, Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. John NEWMAN and H. D. Wilson, Co-partners Doing Business as Sioux City Livestock Commission Company.**

No. 13209.

Circuit Court of Appeals, Eighth Circuit.

Dec. 29, 1945.

William S. Tyson, Acting Sol., Wage and Hour Division, U. S. Dept. of Labor, and Bessie Margolin, Asst. Sol., Wage and Hour Division, U. S. Dept. of Labor, both of Washington, D. C., and Reid Williams, Regional Atty., Wage and Hour Division, U. S. Dept. of Labor; and John A. Weiss, Atty., Wage and Hour Division, U. S. Dept. of Labor, both of Kansas City, Mo., for appellant.

Louis S. Goldberg, of Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, 61 F.Supp. 971, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and approval of appellee.

**Ross WITT, Appellant, v. Blenda A. TOPLIFF.**

No. 13155.

Circuit Court of Appeals, Eighth Circuit.

Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal provid-

968

ing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Dorothy May TOPLIFF.**

No. 13156.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Everett A. TOPLIFF.**

No. 13157.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Marvin Roy TOPLIFF, by His Father and Natural Guardian, Robert H. Topliff.**

No. 13158.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.